

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LEAH BELINDA LOPEZ, | § | No. 08-17-00252-CV |
| Appellant, | § | Appeal from |
| v. | § | 65th District Court |
| LILIA ISELA CRISANTO, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2017DCM1462) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.